FILED
2017 SEP 29 AM 9:45
CLERK
U.S. DISTRICT COURT

PREPARED AND SUBMITTED BY:

Edwin C. Barnes (Utah Bar No. 0217)
James W. Anderson (Utah Bar No. 9829)
Aaron D. Lebenta (Utah Bar No. 10180)
CLYDE, SNOW & SESSIONS, P.C.
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
jwa@clydesnow.com

*Attorneys for Defendant*
BANK OF UTAH, sued solely in its capacity
as Owner Trustee of the N887BA Trust

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COMMISSION IMPORT EXPORT, S.A., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF UTAH, solely in its capacity as Owner Trustee of the N887BA Trust; EQUATORIAL CONGO AIRLINES, S.A.; and REPUBLIC OF CONGO, <br><br> Defendants. | **ORDER OF DISMISSAL** <br><br> Civil No. 1:16-cv-00151-BSJ <br><br> (Judge Bruce S. Jenkins) |

The Court conducted a status conference in this case on September 26, 2017. Matthew M. Cannon appeared on behalf of plaintiff Commissions Import Export, S.A., Jason McNeill

appeared on behalf of defendant Republic of Congo, James W. Anderson appeared on behalf of defendant Bank of Utah solely in its capacity as Owner Trustee of the N887BA Trust, and Robert Barnes appeared telephonically on behalf of defendant Equatorial Congo Airlines, S.A. Having reviewed the status of this case and considered the positions presented by counsel at the status conference, and good cause appearing therefore, the COURT HEREBY DISMISSES THIS CASE IN ITS ENTIRETY.

DATED this 29th day of September, 2017

BY THE COURT:

BRUCE S. JENKINS
U.S. SENIOR DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

On this 26th day of September, 2017, I hereby caused the foregoing **ORDER OF DISMISSAL** to be e-filed which in turned caused notification of such filing to be sent to the following counsel who are identified as e-filers with this Court:

- **Robert Grahame Barnes**
  robert.barnes@apks.com
- **Geoffrey Kris Biehn**
  biehn@mcgiplaw.com,wayment@mcgiplaw.com,kidd@mcgiplaw.com,gibson@mcgiplaw.com
- **Kamie F. Brown** kbrown@rqn.com,lbeidoun@rqn.com,docket@rqn.com
- **Matthew M. Cannon**
  mcannon@rqn.com,lbeidoun@rqn.com,docket@rqn.com
- **Michael R. Johnson**
  mjohnson@rqn.com,dburton@rqn.com,docket@rqn.com
- **Aaron D. Lebenta**
  adl@clydesnow.com,aconrad@clydesnow.com
- **Jason A. McNeill**
  mcneill@mcgiplaw.com,kidd@mcgiplaw.com,gibson@mcgiplaw.com
- **Brian C. Webber**
  brian.c.webber@gmail.com

/s/ Jessica Ritchie